# Public Office is Public Trust

5G has been said to be worse than the asbestos, tobacco and lead crisis.
The benefits of 5g are far outweighed by the damage it will cause and the costs of that damage.
Similar to asbestos, tobacco and lead we did not know in the beginning the cost it would be for remediation later.
Climate Change caused by 5G has the potential to completely bankrupt The State of Michigan.

**The outline of this Paper is as follows:**
1) Problem: 5G Initiated Climate Change
2) List of Cities, Councils, States and Countries that have banned 5G
3) Scientific research documenting validity of EMF problem (non-industry funded scientific studies, to avoid illegal conflict of interest and present factual information).
4) Court rulings acknowledging risk and harm.
5) Examples of legislature to avert the EMF caused climate change crisis.
6) Legal obligation of Michigan Legislators to uphold their Oath of Office to The Constitution of The United States of America, The Michigan Constitution and The Public Trust Doctrine.

**The Constitution of Michigan**
**Article 4, § 51 Public health and general welfare.**
**The public health and general welfare of the people of the state are hereby declared to be matters of primary public concern.** *The legislature shall pass suitable laws for the protection and promotion of the public health.*

## 1) Problem: 5G Initiated Climate Change

"Consumer safety, health, and privacy, along with consumer wallets, have all been overlooked, sacrificed, or raided due to unchecked industry influence." *Captured Agency, Norm Alster 2017*

**The Harvard Center for Ethics** published an expose by Norm Alster on the financial ties inside the FCC and how, as a result, the wireless industry has bought inordinate access to—and power over—a major US regulatory agency. The FCC is a "captured agency". It is controlled by the industry it is supposed to be regulating- *like the wolf watching the henhouse.* The report describes how the telecom industry is using the same playbook as tobacco. The Book exposes the culture of corruption, such as: Large financial Investment into lobbying against the well-being of the public. The *"revolving door"* between industry & regulators meaning that persons are moving from positions in the wireless industry to positions in government and vice versa. Tom Wheeler was once Head of the CTIA Wireless Industry and then Head of the FCC. Undermining of the credibility of scientists finding damaging biological effects. Cutting research monies for science on health effects. Designing and publishing contradictory science. Trivializing highly credible scientists and experts who raise concerns. Misleading about a "scientific consensus". Pushing for minimal regulation. Refusal to examine the health evidence. Hyper Aggressive legal action and research bullying. Illegal industry influence to Congressional committees.

"It is these hardball tactics that recall 20th century Big Tobacco tactics. These tactics heighten suspicion that the wireless industry does indeed have a dirty secret. And it is those tactics that intensify the spotlight on an FCC that so timidly follows the script of the fabulously wealthy, bullying, billion-dollar beneficiaries ofwireless."https://ehtrust.org/key-issues/harvard-press-book-telecom-industry-influence-us-fcc-captured-agency/

## 2) List of Cities, Councils, States and Countries That Have Banned 5G

1. **Brussels** is the first City to halt 5G due to adverse health effects.

"The people of Brussels are not guinea pigs whose health I can sell at a profit. We cannot leave anything to doubt." – *Céline Fremault, Minister of the Government (Brussels-Captial Region), responsible for Housing, Quality of Life, Environment and Energy*
https://takebackyourpower.net/brussels-first-major-city-to-halt-5g-due-to-health-effects/

2. **UK Glastonbury** Town Council has halted 5G due to adverse health effects.
https://www.somersetlive.co.uk/news/local-news/glastonbury-council-opposes-5g-roll-2998413

3. **UK Frome** Town Council has a **moral responsibility to protect public health and the local environment.** Until there is more **independent** scientific consensus that 5G wireless radiation is harmless to humans and the environment FTC adopts the precautionary principle and will not endorse the roll out of 5G. https://www.frometowncouncil.gov.uk/frome-town-council.../

4. **Ireland County Clare** has halted 5G due to adverse health effects. http://www.clare.fm/news/clare-county-council/motion-oppose-5g-rollout-clare-receives-council-backing/

5. **Ireland Roscommon County** halt 5g due to adverse health effects.
https://www.facebook.com/groups/796999407353013/permalink/877482035971416/

6. **Ireland Leitrim** Council 7. **Ireland Sligo** Banned 5G due to **rising cancer rates and non-insurable. 8. UK Totnes Devon** 5G Moratorium 9. **Australia** halts 5G due to adverse health effects
https://www.activistpost.com/2019/09/health-concerns-have-stopped-5g-rollout-in-australia.html?fbclid=IwAR2Fd2zrwQV_-SXb77j_WgZL1HBkULb4RqEi2ag7iF3okov6o4iATAXAvz4

10. **USA Portland Oregon** March 2019 **City officials state clear opposition to the installation of 5G networks on health grounds, supported by the mayor and multiple commissioners.**

11. **Italy Florence** March 2019 Florence applies the precautionary principle, refusing permissions for 5G https://digitalsurvivor.uk/.../precautionary-principle...

12. **Russia** March 2019 The Russian Ministry of Defense **refuses to transfer frequencies for 5G,** which effectively delays any 5G roll out there for several years.

13. **Netherlands** April 2019 Members of Parliament in the Netherlands insist that radiation research must be carried out before any approval of the 5G network.

14. **USA California** April 2019 California Supreme Court Justices unanimously uphold a 2011 San Francisco ordinance requiring telecommunications companies to get **permits requiring demonstration of measuring radiation levels** yearly before placing antennas on city infrastructure.

15. **Switzerland Geneva** April 2019 Geneva adopts a motion for a moratorium on 5G, calling on the Council of State to request WHO to monitor **independent** scientific studies to determine the harmful effects of 5G. https://www.letemps.ch/.../geneve-adopte-une-motion-un...

16. **Switzerland** April 2019 The Canton of Vaud adopts a resolution calling for a moratorium on 5G antennas until the publication of a report on 5G by the Swiss Federal Office for the Environment. https://digitalsurvivor.uk/.../hard-cheese-for-swiss-5g.../

17. **USA District of Columbia** August 2019. The US Court of Appeals for the District of Columbia Circuit issued a decision substantially setting back the efforts of the Federal Communications Commission to expedite the deployment of 5G technology. https://ehtrust.org/federal-court-overturns-fcc-order.../...

18. **Cyprus** MPs want Health Hazard study prior to 5G

19. **Switzerland** 5G Opponents Legally Block 320 of 326 Antennas

20. **Countries that Have Banned Huawei** https://l.facebook.com/l.php?u=https%3A%2F
%2Fwww.statista.com%2Fchart%2F17528%2Fcountries-which-have-banned-huawei-products%2F
%3Ffbclid%3DIwAR2MjQwwHw0L3MaIc8jzHvmU4WGykzFf2hUl9-hKOx-
n4b634Uh3FD3XzPs&h=AT1dS4QH2fjYxEgj-sRgzUCa5rWIHgdLZkGi6ATyo25jTo2eFlZUOqqfITj-
7DbL4hKJPMpWhhcSwDN2o9klicEeVRYbyC0Cf7Ffpm5zvlz6hMroU9_aQT1bGkVgTiLMpoJ8Cw

21. **Italy 14 municipalities, including Rome**, stopped 5G.
https://www.5gexposed.com/2019/07/05/italy-stop-5g-mayors-here-is-italys-first-suspension-order/?
fbclid=IwAR0wFV9-AuCiE-tcnsPxLITBxeAqUHtORJpYD-chWqtDuxABKS0vL1-_OIU

22. **Malta** Godfrey Farrugia MP will be tabling a 5G warning in Parliament. 23. **Ireland Wicklow** 7th
October 2019 Motion to Oppose 5G In Co. Wicklow was passed at Council Meeting.

24. **UK Kingsbridge** Devon, October 2019 Moratorium 25. **UK Shepton** Mallet October Moratorium

26. **UK Brighton** October 2019 5G Masts rejected. 27. **France** October 2019, French NGOs Demand
Moratorium on 5G Due to Its **"Out of Control"** Consequences On Society.

28. **Bangladesh** October 2019, The High Court issued 12-point directives including imposition of a ban
on installation of mobile or telecommunication towers on the rooftops of residential area, educational
institutions, hospitals, jail premises, heritage sites, playgrounds and places of worship.
http://www.newagebd.net/article/87920/hc-orders-removal-of-mobile-towers-from-sensitive-areas?
fbclid=IwAR1Wyh7ckKJnBo06XmQAzgOYOE9-L-VZCj7RQvBzZsqZa_RdT_-ABzTE6OQ

29. **USA Louisianna** June 2019 Louisiana Becomes First State to Call for Study on Health Impacts of
5G https://www.wakingtimes.com/2019/06/07/louisiana-becomes-first-state-to-call-for-study-on-
health-impacts-of-5g/? 30. **Italy** October 2019, Isabella Conti blocks the 5G in San Lazzaro

"Without guarantees on health effects, therefore, in San Lazzaro no new generation antennas. The 5G
radio frequencies, underlines Conti, "are completely unexplored: as administrators we cannot close our
eyes to the absence of scientific studies on the possible effects on health"
http://www.bolognatoday.it/cronaca/antenne-5g-blocco-bologna-san-lazzaro.html?
fbclid=IwAR3b3xQJBYJN0QKpO2K3bBvMEw7ThXcD7_fu3pXV3PlBEyEpVH65NSAcobU

31. **USA** October 2019 New York becomes the next State to introduce a Bill to establish a Commission
to study the Health and Environmental effects of 5G 32. **USA Encinitas, CA** to ban 5G wireless
antennas near schools, daycares, residences and workplaces 33. **France** 2015 France: New National
Law Bans WIFI in Nursery School 34. **UK Wellington Somerset.** 2019 November, Wellington Town
Council have just invoked the Precautionary Principle. 35. **UK Winchester** 2019 November
ANNOUNCEMENT – Winchester CC responded and OBJECTED to the Government proposal to
support 5G deployment. 36. **WALES Lampeter.** November 2019. Lampeter Town Council passed a
motion urging that the precautionary principle be applied to the installation and roll out of 5G. The
motion was passed with overwhelming support, no votes against and only two abstentions.

37. **LAOIS COUNTY, IRELAND** – https://smombiegate.org/**laois-county-ireland-to-suspend-5g-
due-to-health-concerns-non-coverage-by-insurance/**

38. **Germany, Bavaria** November 2019 – Unanimous decision of Town Council to reject 5G.

**The next page is an example of appropriate government response to the information that
scientifically states we are building a microwave around us and no one is measuring EMF levels
-this is illegal. We are destroying the food chain (pollinators), leading to widespread famine.**

## Ireland Suspends 5G Due to Health Concerns & Non-Coverage by Insurance

November 2019

Public concerns around potential health hazards of 5G technology have led to calls for its rollout to be suspended until these matters can be **independently investigated** and resolved.

Leading the charge for 5G to be put on hold until such time as public anxieties around its health and safety can be allayed is Councillor Aisling Moran.

She called on the Minister for Communications, Richard Bruton to stop the rollout of 5G, fifth generation cellular technology, across the country.

*"We as a Council and public representatives have a moral and ethical responsibility to protect the health and wellbeing of all our citizens."*

*"There is a reason why insurance companies will not insure 5G, this needs to be investigated further by an independent company with no prospect of financial gain," she maintained.*

"We all want broadband, but not at the expense of the public health." said Councillor Dwane.

Councillor Padraig Fleming agreed that the matter of concerns around 5G had been raised repeatedly on the doorsteps during this year's local elections.

Councillor Tom Mulhall confirmed that those concerns are out there. "Technology is great, but where is it all going to end up," he asked?

"Why have countries like Germany and Belgium stopped the rollout of 5G?

"There was hundreds of thousands of petitions signed and there are numerous reports from scientists from all over the world stating that EMFs are a serious Health concern. Proof that they can have a serious effect on our bodies. EMFs attack our Nervous system, our Endocrine system, causes stress, insomnia, dementia, Alzheimer's, attacks our DNA, which in turn can cause cancers and tumours, it lowers fertility, lowers libido and can attack the DNA in sperm cells.

There is a rise globally in childhood cancers over the past 20 years.

Over 270 Scientist from all over the world have asked the European Commission to put a moratorium on the rollout of 5G due to serious concerns over health issues caused from higher radiation exposure.

**"Why have insurance companies like Lloyds excluded cover for illnesses caused by EMFs?**

"Risk teams at global reinsurance firms have warned the Insurance Industry that **unforeseen consequences of EMF could lead to a raft of claims and significant liability losses in the next 10 years,**" claimed Councillor Moran.

She added: "I'm not asking to halt progress, but rather that we slow down and get the true facts. So I'm asking that we put a hold on the rollout of 5G until there is an **independent evaluation of the impact 5G has on humans, wildlife and the environment.**

"The Government is spending €3 billion to make high speed fiber broadband available to all our citizens in a safe, secure and reliable form. Why do we need to put our citizen's health at risk?

"Do the report and then talk about rolling it out. Let's not be putting the cart before the ass," she concluded.

https://www.laoistoday.ie/2019/11/27/concerns-lead-to-calls-to-put-5g-roll-out-on-hold/

https://smombiegate.org/laois-county-ireland-to-suspend-5g-due-to-health-concerns-non-coverage-by-insurance/

## 3) Scientific Research Documenting Validity of EMF Problem
(non-industry funded, to avoid illegal conflict of interest)

### 5G: Great risk for EU,U.S. and International Health!
### Evidence of Great Harm Caused by Electromagnetic Field (EMF)

**Dr. Martin L. Pall, PhD Professor Emeritus of Biochemistry and Basic Medical Sciences**
**Washington State University**
USAmartin_pall@wsu.edu
503-232-3883, May 2018

**Summary:** We know there is massive literature, providing a high level of scientific certainty, for pathophysiological effects caused by non-thermal microwave frequency EMF exposures.

Such EMFs:
1. **Attack our nervous systems including our brains** leading to widespread effects.
2. **Attack our endocrine (that is hormonal) systems.** Thus the consequences of the disruption of these two regulatory systems is immense, such that it is a travesty to ignore these findings.
3. **Produce oxidative stress and free radical damage,** which have central roles in all chronic diseases.
4. **Attack the DNA of our cells,** producing cancer and also mutations.
5. **Produce elevated levels of apoptosis (programmed cell death),** causing diseases and infertility.
6. **Lower male and female fertility, lower sex hormones, lower libido** and increased levels of spontaneous abortion and, as already stated, attack the DNA in sperm cells.
7. **Produce excessive intracellular calcium** [Ca2+]i and excessive calcium signaling.
8. **Attack the cells of our bodies to cause cancer.** Such attacks via 15 different mechanisms during cancer causation.

https://ehtrust.org/wp-content/uploads/5g-emf-hazards-dr-martin-l.-pall-eu-emf2018-6-11us3.pdf

### National Toxicology Program Cell Phone Radio Frequency Radiation Study 2018

**NTP Studies & Findings**

NTP conducted a two-year toxicology studies in rats and mice to help clarify potential health hazards, including cancer risk, from exposure to RFR like that used in 2G and 3G cell phones which operate within a range of frequencies from about 700–2700 megahertz (MHz). Published in November 2018.

The NTP studies found that exposure to RFR (900 MHz) used by cell phones was associated with:

- **Clear evidence of increase in heart tumors .** The tumors were malignant schwannomas.
- **Some evidence of increase of brain tumors.** The tumors were malignant gliomas.
- **Some evidence of increase of adrenal gland tumors.** The tumors were benign, malignant, or complex combined pheochromocytoma.

**NTP scientists found that RFR exposure was associated with an increase in DNA damage.**

**Specifically, RFR exposure was linked with significant increases in DNA damage in the brain and the blood cells.**

https://ntp.niehs.nih.gov/whatwestudy/topics/cellphones/index.html

## 5G Destroys the Bodys Ability to Absorb Oxygen

**Dr. Gabriel Cousens, MD**
*High-frequency 60GHz 5G has been scientifically proven to interfere with the adsorption of the oxygen molecules we breathe.* 5G's 60GHz is the frequency of oxygen molecule absorption. If we interfere with the orbital spin properties of diatomic oxygen's (O2) electrons via 5G, **our ability to absorb oxygen will be significantly hampered, creating slow suffocation.** At 60GHz the frequencies also impair the body's ability to produce vitamin D and melanin. **In this context, 5G and the 60 GHz delivery system is an overt attack on the human body.**

In 2015, 215 scientists from 41 countries communicated their alarm (about the potential of 5G) to the United Nations (UN) and World Health Organization (WHO).[xvi] They stated that "numerous recent scientific publications have shown that EMF [electromagnetic fields] affects living organisms at levels well below most international and national guidelines". More than 10,000 peer-reviewed scientific studies demonstrate harm to human health from RF/MW radiation.[xvii] [xviii] Effects include:

- Alteration of heart rhythm[xix]
- Altered gene expression[xx]
- Altered metabolism[xxi]
- Altered stem cell development[xxii]
- Cancers[xxiii]
- Cardiovascular disease[xxiv]
- Cognitive impairment[xxv]
- DNA damage[xxvi]
- Impacts on general well-being[xxvii]
- Increased free radicals[xxviii]
- Learning and memory deficits[xxix]
- Impaired sperm function and quality[xxx]
- Miscarriage[xxxi]
- Neurological damage[xxxii]
- Obesity and diabetes[xxxiii]
- Oxidative stress[xxxiv]
- Autism[xxxv]
- ADHD[xxxvi] [xxxvii]
- Asthma[xxxviii]
- Negative altered mental states, including increased depression, anxiety, and suicidal tendencies[xxxix]

Damage goes well beyond the human race, as there is abundant evidence of harm to diverse plant- and wildlife[xl] [xli] and laboratory animals, including ants,[xlii] birds,[xliii] [xliv] forests,[xlv] frogs,[xlvi] fruit flies,[xlvii] honey bees,[xlviii] insects,[xlix] mammals,[l] mice,[li] [lii] plants,[liii] rats,[liv] trees, [lv] and microbes.[lvi]

The Earth and the ionosphere and the lower atmosphere form the Global Electric Circuit in which we live. It is well established that biological rhythms are controlled by Earth's natural electromagnetic environment, which is this global electric circuit. In essence, adding 20,000 5G satellites will further pollute and potentially disrupt the global electric circuit[lvii] [lviii] and could alter the Schumann Resonance,[lix] around which all life on Earth has evolved. **By going global with 5G, we are not just talking about damaging human evolution, but all life on planet earth.**

[xvii] Glaser Z. Cumulated index to the bibliography of reported biological phenofmena ('effects') and clinical manifestations attributed to microwave and radio-frequency radiation: report, supplements (no. 1-9).BEMS newsletter (B-1 through B-464), 1971-1981.

[xviii] Sage C, Carpenter D., eds. BioInitiative Report: A Rationale for a Biologically-Based Public Exposure Standard for Electromagnetic Radiation. Sage Associates; 2012.

[xix] Grigoriev Y. Bioeffects of modulated electromagnetic fields in the acute experiments (results of Russian researches). Annu Russ Natl Comm Non-Ionising Radiat Protect. 2004:16-73.

[xx] Obajuluwa AO, Akinyemi AJ, Afolabi OB, et al. Exposure to radio-frequency electromagnetic waves alters acetylcholinesterase gene expression, exploratory and motor coordination-linked behaviour in male rats.Toxicol Rep. 2017;4:530-534.

[xxi] Volkow ND, Tomasi D, Wang G-J, et al. Effects of cell phone radiofrequency signal exposure on brain glucose metabolism. JAMA. 2012;305(8):808-813.

[xxii] Eghlidospour M, Ghanbari A, Mortazavi S, Azari H. Effects of radiofrequency exposure emitted from a GSM mobile phone on proliferation, differentiation, and apoptosis of neural stem cells. Anat Cell Biol. 2017;50(2):115-123.

[xxiii] Hardell L, Carlberg C. **Mobile phones, cordless phones and the risk for brain tumors. Int J Oncol.2009;35(1):5-17.**

[xxiv] Bandara P, Weller S. Cardiovascular disease: Time to identify emerging environmental risk factors. Eur J Prev Cardiol. 2017;24(17):1819-1823.

[xxv] Deshmukh P et al. Cognitive impairment and neurogenotoxic effects in rats exposed to low-intensity microwave radiation.Int J Toxicol. 2015;34(3):284-290. doi: 10.1177/1091581815574348.

[xxvi] Zothansiama, Zosangzuali M, Lalramdinpuii M, Jagetia GC. **Impact of radiofrequency radiation on DNA damage and antioxidants in peripheral blood lymphocytes of humans residing in the vicinity of mobile phone base stations. Electromag Biol Med. 2017;36(3):295-305.** doi: 10.1080/15368378.2017.1350584.

[xxvii] Zwamborn A, Vossen S, van Leersum B, Ouwens M, Mäkel W. **Effects of Global Communication system radio-frequency fields on Well Being and Cognitive Functions of human subjects with and without subjective complaints. TNO Report FEL-03-C148. The Hague: TNO Physics and Electronics Laboratory; 2003.**

[xxviii] Havas M. **When theory and observation collide: Can non-ionizing radiation cause cancer? Environ Pollut. 2017;**221:501-505. doi: 10.1016/j.envpol.2016.10.018.

[xxix] Narayanan SN, Kumar RS, Potu BK, Nayak S, Mailankot M. **Spatial memory performance of Wistar rats exposed to mobile phone. Clinics.** 2009;64(3):231-234.

[xxx] Houston BJ, Nixon B, King BV, De Iuliis GN, Aitken RJ. **The effects of radiofrequency electromagnetic radiation on sperm function. Reproduction. 2016;**152(6):R263-R266.

[xxxi] Han J, Cao Z, Liu X, Zhang W, Zhang S. **Effect of early pregnancy electromagnetic field exposure on embryo growth ceasing. Wei Sheng Yan Jiu. 2010;**39(3):349-52 (in Chinese).

[xxxii] Salford LG, Brun AE, Eberhardt JL, Malmgren L, Persson BRR. **Nerve cell damage in mammalian brain after exposure to microwaves from GSM mobile phones. Environ Health Perspect. 2003;**111(7):881-883.

[xxxiii] Milham S. **Evidence that dirty electricity is causing the worldwide epidemics of obesity and diabetes. Electromagn Biol Med. 2014;**33(1):75-78. doi: 10.3109/15368378.2013.783853.

[xxxiv] Yakymenko I, Tsybulin O, Sidorik E, Henshel D, Kyrylenko O, Kyrylenko S. Oxidative mechanisms of biological activity of low-intensity radiofrequency radiation. Electromagn Biol Med. 2016;35(2):186-202. doi: 10.3109/15368378.2015.1043557.

[xxxv] Herbert M, Sage C. Findings in autism (ASD) consistent with electromagnetic fields (EMF) and radiofrequency radiation (RFR). In: Sage C, Carpenter D., eds. BioInitiative Report: A Rationale for a Biologically-Based Public Exposure Standard for Electromagnetic Radiation. Sec. 20. Sage Associates; 2012.

[xxxvi] Divan HA, Kheifets L, Obel C, Olsen J. **Prenatal and postnatal exposure to cell phone use and behavioral problems in children. Epidemiology 2008;**19: 523–529.

[xxxvii] Divan HA, Kheifets L, Obel C, Olsen J. **Cell phone use and behavioural problems in young children. J Epidemiol Community Health. 2010;**66(6):524-529. doi: 10.1136/jech.2010.115402.

[xxxviii] Li D-K, Chen H, Odouli R. Maternal exposure to magnetic fields during

[xxxix] Salford LG, Brun AE, Eberhardt JL, Malmgren L, Persson BRR. Nerve cell damage in mammalian brain after exposure to microwaves from GSM mobile phones. Environ Health Perspect. 2003;111(7):881-883.

[xl] Warnke U. **Bees, Birds and Mankind: Destroying Nature by 'Electrosmog.' Competence Initiative for the Protection of Humanity, Environment and Democracy; 2009.**

[xli] Balmori A. Electromagnetic pollution from phone masts. Effects on wildlife. Pathophysiology. 2009;16:191-199. doi:10.1016/j.pathophys.2009.01.007.

[xlii] Cammaerts MC, Johansson O. Ants can be used as bio-indicators to reveal biological effects of electromagnetic waves from some wireless apparatus. Electromagn Biol Med. 2014;33(4):282-288. doi: 10.3109/15368378.2013.817336.

[xliii] Broomhall M. **Report detailing the exodus of species from the Mt. Nardi area of the Nightcap National Park World Heritage Area during a 15-year period (2000-2015). Report for the United Nations Educational Scientific and Cultural Organization (UNESCO).**

[xliv] Kordas D. **Birds and Trees of Northern Greece: Changes since the Advent of 4G Wireless. 2017.**

[xlv] Waldmann-Selsam C, Balmori-de la Puente A, Breunig H, Balmori A. Radiofrequency radiation injures trees around mobile phone base stations. Sci Total Environ. 2016;572:554-569. doi: 10.1016/j.scitotenv.2016.08.045.

[xlvi] Balmori A. **Mobile phone mast effects on common frog (Rana temporaria) tadpoles: The city turned into a laboratory. Electromagn Biol Med. 2010**(1-2):31-35. doi: 10.3109/15368371003685363.

[xlvii] Margaritis LH, Manta AK, Kokkaliaris KD, et al. Drosophila oogenesis as a bio-marker responding to EMF sources. Electromagn Biol Med. 2014;33(3):165-189. doi: 10.3109/15368378.2013.800102.

[xlviii] Kumar NR, Sangwan S, Badotra P. Exposure to cell phone radiations produces biochemical changes in worker honey bees. Toxicol Int. 2011;18(1):70-72.

[xlix] Balmori A. Efectos de las radiaciones electromagnéticas de la telefonía móvil sobre los insectos.Ecosistemas. 2006;15(1):87-95.

[l] Balmori A. **The incidence of electromagnetic pollution on wild mammals: A new "poison" with a slow effect on nature? Environmentalist. 2010;**30(1):90-97. doi: 10.1007/s10669-009-9248-y

[li] Magras IN, Xenos TD. RF radiation-induced changes in the prenatal development of mice.Bioelectromagnetics 1997;18(6):455-461.

[lii] Otitoloju AA, Osunkalu VO, Oduware R, et al. Haematological effects of radiofrequency radiation from GSM base stations on four successive generations (F1 –F4) of albino mice, Mus Musculus.J Environ Occup Sci. 2012;1(1):17-22.

[liii] Magone I. The effect of electromagnetic radiation from the Skrunda Radio Location Station on Spirodela polyrhiza (L.) Schleiden cultures. Sci Total Environ. 1996;180(1):75-80. doi: 0048-9697(95)04922-3.

[liv] Nittby H, Brun A, Strömblad S, et al. **Nonthermal GSM RF and ELF EMF effects upon rat BBB permeability.Environmentalist. 2011;**31(2):140-148. doi: 10.1007/s10669-011-9307-z.

[lv] Haggerty K. Adverse influence of radio frequency background on trembling aspen seedlings: Preliminary observations. International Journal of Forestry Research. 2010; Article ID 836278.

[lvi] Taheri M, Mortazavi SM, Moradi M, et al. Evaluation of the effect of radiofrequency radiation emitted from Wi-Fi router and mobile phone simulator on the antibacterial susceptibility of pathogenic bacteria Listeria monocytogenes and Escherichia coli. Dose Response. 2017;15(1):1559325816688527.

[lvii] Chevalier G, Mori K, Oschman JL. The effect of earthing (grounding) on human physiology. European Biology and Bioelectromagnetics. January 2006:600-621.

[lviii] Firstenberg A. Earth's Electric Envelope. In: The Invisible Rainbow: A History of Electricity and Life. Santa Fe, NM: AGB Press; 2017: 113-131.

[lix] Cannon PS, Rycroft MJ. Schumann Resonance frequency variations during sudden ionospheric disturbances. J Atmos Sol Terr Phys. 1982;44(2):201-206. doi:10.1016/0021-9169(82)90124-6.

### American Medical Association guidance to reduce harm from high intensity street lights

June 2016 CHICAGO — Arguments exist for overhauling the lighting systems on U.S. roadways with light emitting diodes (LED), but **conversions to LED technology can have adverse consequences**. In response, physicians at the Annual Meeting of the American Medical Association (AMA) today adopted guidance for communities on selecting among LED lighting options to minimize potential harmful human and environmental effects.**"Despite the energy efficiency benefits, LED lights are harmful when used as street lighting,"** AMA Board Member Maya A. Babu, M.D., M.B.A.  High-intensity LED lighting designs emit a large amount of blue light that appears white to the naked eye and create worse nighttime glare than conventional lighting. **Discomfort and disability from intense, blue-rich LED lighting can decrease visual acuity and safety, creating a road hazard.**  The detrimental effects of high-intensity LED lighting are not limited to humans. For instance, poorly designed LED lighting damages bird, insect, turtle and fish species. **Recognizing the detrimental effects of poorly-designed, high-intensity LED lighting, the AMA encourages communities to minimize LED blue-rich environmental lighting.**

The guidance adopted today by grassroots physicians who comprise the AMA's policy-making body strengthens the AMA's policy stand against light pollution and public awareness of the adverse health and environmental effects of pervasive nighttime lighting.

https://www.ama-assn.org/press-center/press-releases/ama-adopts-guidance-reduce-harm-high-intensity-street-lights

## 4) Court Rulings Acknowledging Risk and Harm

### Federal Court Rules that 5G Small Cells Could Have Major Environmental Impact-Aug 2019

A telecom challenge to the National Environmental Policy Act (NEPA) was recently won by the Natural Resources Defense Council (NRDC) and Native American tribes. A court ruling in August 2019 overruled the FCC arguments in favor of the NRDC and Native American tribes. This decision has given cities a possible means to deny 5G "small cell" towers, and maintain local control in their placement, on the grounds there has been no NEPA review for 5G for both historic preservation as well as impacts on the human environment.

In an article by NRDC attorney, Sharon Buccino states, *"Local governments can condition approval for new 5G cell construction upon compliance with state and federal requirements for environmental review. While a local government cannot add new requirements for environmental review,* **it can require proof that the necessary federal review has been done.** *Given the mounting evidence that the FCC's radio frequency limits are inadequate, such federal review should include an evaluation of the adequacy of these limits."* https://mdsafetech.org/2019/12/08/nepa-the-nrdc-and-5g-neighborhood-cell-towers/

### 5G/EMF/LED Dangers Legally Acknowledged in Court Ruling 2019

Mark Steele, an Engineer and stop 5G campaigner, has been highlighting the dangers of a 5G rollout by Gateshead Council, in the UK, where **residents are complaining of increased illness and cancer in the affected area. There's enough evidence to conclude the new smart 5G arrays on the top of new LED lampposts emit Class 1 Radiation frequencies and should be treated as a danger to the Public. In reality, scientific evidence is mounting across the planet that LEDs, EMF, RF, 3G, 4G, 5G, WiFI and SmartMeters are causing cancer, killing bees, driving out wildlife and lowering peoples quality of life.**

All because big business says it's good for the people, and they're continuing to mislead us all of the dangers of continuous use in close proximity and on the skin, let alone what 5G really is, which is an effective battlefield weapon.

He raises the questions: Who is paying for these 5G rollouts? Who's given consent on behalf of the People? Who has done research to prove the new infrastructure's safety?

**We will not willfully poison our bodies and our families bodies with Class 1 radiation.**

### WE DO NOT CONSENT.

**The Judge declared Mark Steele as a credible engineer and expert on EMF and LED technologies, which proves** *Gateshead Council are liable for corruption, misleading the public, making people ill and attempting to discredit Mark Steele and all others speaking the truth about the hazards of EMF and 5G.*

Councils are struggling at the moment, over 50% are almost bankrupt because over half of their resources are being spent on the increase of Adult Wellbeing Care, due the increase in illness and disability.

*https://smombiegate.org/britains-first-5g-court-case-and-the-people-won/*

December 2017

The California Department of Public Health (CDPH) just issued recommendations to reduce microwave radiation exposures from cell phones, especially for children. **Spurred by a lawsuit and research suggesting that "long-term, high use may impact human health,"** the CDPH press release includes guidance on why and how to reduce cell phone radiation. The newly released guidance focuses only on cell phones cautioning that "children may be more at risk" because they will be exposed to cell phone radiation for a "lifetime" and with radiation exposures deeper into their brain.

According to Dr. Joel Moskowitz of the University of California at Berkeley, **"The research indicates that cell phone radiation poses a major risk to health… State and federal health agencies have not kept up with the research."** Moskowitz was the plaintiff in a lawsuit filed under the California Public Records Act by the Environmental Law Clinic at UC Berkeley Law and the First Amendment Project that resulted in the March 2017 Sacramento Superior Court order to release the 27 drafts of the CDPH cell phone advice.

**"This is a major victory for Californians as our government is admitting, despite industry attempting to silence them, that cell phones pose serious health risks.** This vindicates what San Francisco, Berkeley and California were attempting. Consumers deserve the right to this information and we applaud the CDPH for releasing this valuable potentially life saving information," stated Ellen Marks of the *California Brain Tumor Association* who led a public demonstration outside of the CDPH offices in July, **calling for public disclosure of health department warnings about wifi and cellular phones.**

https://ehtrust.org/california-releases-cell-phone-warnings-first-issued-decade-ago-top-cancer-center/

### Legal Victory Against Smart Meter Scam in New Mexico:
### Radiation-Emitting Surveillance Devices "Not in the Public Interest"

April 2018
**The Public Regulation Commission has denied PNM's application for Smart Meters to be applied across the State.** *"The plan presented in the Application does not provide a net public benefit and it does not promote the public interest,"* wrote the Commission.
The Commission accepted the Hearing Examiner's recommended decision without alteration. It ruled that:
- PNM did not demonstrate that smart meters will save money.
- PNM did not demonstrate that smart meters will produce energy efficiency.
- PNM did not show that customers want smart meters.
- PNM did not evaluate alternatives.
- PNM did not say how it would protect customer data privacy.
- Cybersecurity issues need to be addressed.
- 125 good, high-paying jobs would be lost.
- Proposed opt-out fees were unreasonable.
- There was insufficient public input.
- There was insufficient response by PNM to public objections.

**EVIDENCE ABOUT HEALTH EFFECTS was discussed at length.** "Customers who have strong feelings about the health effects of the meters should be allowed to protect their stated health concerns without a prohibitively high cost."

The decision goes on to state: *"The conditions of the portion of the population who are electromagnetically sensitive deserve acknowledgment and consideration as decisions are made regarding the implementation of an AMI Project. Accommodations could include reasonable opt-out provisions and fees and perhaps the selection of technologies that minimize the impacts on such people. Such accommodations may be desirable to minimize health risks to customers and address the needs and preferences of PNM's customers. These are issues that can and should be addressed in a public input process of the sort PNM stated in its 2012 Report that it would conduct before bringing a smart meter proposal to the Commission for approval."*

**The decision means there will not be smart meters in the near future in New Mexico's metropolitan areas: Santa Fe, Albuquerque, Las Vegas, Clayton, Ruidoso, Tularosa, Alamogordo, Silver City, Lordsburg and Deming.**

https://safehelpsyou.org/2018/04/12/smart-meters-banned-in-nm-cities/

### Fifth Court in Italy Ruled Cell Phones Cause Brain Tumors and Determined It Is An Occupational Disease

Written by: Martine Vriens, Director of International Legal Affairs for We Are The Evidence

January 2019, an Italian Court in the city of Monza, Italy ruled that the Acoustic Neuroma brain tumor of an airport employee was caused by exposure to the radiation from a cell phone he used for over 10 years for his work. **The court determined that the tumor has permanently incapacitated him, and ruled it to be an occupational disease.**

This is the fourth case in which the courts in Italy determined that an Acoustic Neuroma type brain **tumor was caused by a cell phone**, and the fifth court to make such ruling as in the first case the court decision was appealed and later confirmed by Italy's Supreme Court.

The importance of the decision is not only that it's another Italian **Court decision that establishes the link between brain tumors and exposure to Radio-Frequency/Microwave Radiation that is emitted from cell phones**, but also by recognizing that if the exposure to electromagnetic radiation (EMR) was necessary for the purposes of work, the Acoustic Neuroma tumor may be considered an **Occupational Disease.**

**Acoustic Neuroma**, also known as Vestibular Schwannoma is a tumor which develops on the main nerve leading from the inner ear to the brain. This nerve influences balance and hearing, and pressure from an acoustic neuroma can cause hearing loss, ringing in the ear, and unsteadiness. Occasionally, it can interfere with brain functioning.

It is important to mention that in the National Toxicology Program study of the US Federal government, the tumors that were found to be caused by exposure to cell phones' radiation are schwannoma type tumors.

https://wearetheevidence.org/fifth-court-in-italy-ruled-cell-phones-cause-cancer-and-determined-it-is-an-occupational-disease

**French Court Recognized Electromagnetic-Sensitivity as an Occupational Disease**

Written by: Martine Vriens, Director of International Legal Affairs for We Are The Evidence

January 2019, the French Court of Cergy-Pontoise ruled that **Electromagnetic Hyper Sensitivity (EHS) is an occupational disease that can be developed also from exposure to levels of radiation which are considered to be safe by the government (if they can be injurious as the court ruled then they are clearly unsafe).**

The importance of the decision is not only that it's another decision which recognizes EHS / Microwave Sickness as a condition caused by exposure to wireless radiation but by recognizing that if the exposure to electromagnetic radiation was for the purposes of work, the EHS developed from the exposure may be considered an Occupational Disease. **This decision should make employers concerned as it may lead to widespread liability.**

This decision joined other decisions by courts in France that recognize EHS (also known as Microwave Sickness, which is the older more accurate name). Another decision from France, from September 2018, recognized that an employee was injured in an accident at work as a result of exposure to wireless radiation because of the employer's failure to accommodate his Microwave Sickness and re-assign him to a different position with less exposure.

https://wearetheevidence.org/french-court-recognized-electromagnetic-sensitivity-as-an-occupational-disease/

## 5) Examples of Legislature to Avert the EMF Caused Climate Change Crisis

**May 2015, Berkeley, CA  Cell Phone "Right to Know" Ordinance-Recieved Unanimous Vote.** "If you carry or use your phone in pants or shirt pocket or tucked into a bra when the phone is ON and connected to a wireless network, you exceed the federal guidelines for exposure to RF radiation. Refer to the instructions in your phone or user manual for information about how to use your phone safely."

**2014 – Wireless Router Labeling in all Suffolk, NY Public buildings:** Legislation requires all county buildings to post notices that wireless routers are in use such as, "Notice: Wireless technology in use." The resolution, sponsored by Legis. William Spencer (a physician), warns that every wireless device emits radio frequency radiation or microwave radiation. It notes that non-industry funded studies "that have looked at the effects of low-level RFR radiation on human cells and DNA have shown clear evidence of harm."

**United States Limits on ELF-EMF**

So far, 6 states have ELF exposure limits for various situations.

– Florida, Minnesota, Montana, New Jersey, New York, Oregon, and several states have a prudent avoidance policy.

**Prudent Avoidance**

- California: requirement to include EMF reduction measures in new power-line projects up to 5% of project cost, plus specific provisions for schools
- Colorado, Maryland: prudent avoidance decided through a specific siting case which set precedent and was subsequently applied to all new siting applications

- New Jersey: more of a practice than a policy
- Connecticut, Hawaii: formal policy
- Ohio: requires utilities to "prudently address" EMF issues
- Pennsylvania: staff handling siting applications expect evidence of prudent avoidance but has never been set down as formal policy

Note: Information on ELF in the US was sourced from emfs.info which is a website of the power companies that tracks policy.

### California Regulations to Limit ELF-EMF Near Schools

- The California Department of Education enacted regulations in the California Code of Regulations, Title 5, Section 14010 that require minimum distances between a new school and the edge of a transmission line "right-of-way." The setback distances are 100 feet for 50-133 kV lines, 150 feet for 220-230 kV lines, and 350 feet for 500-550 kV lines.

## PUBLIC SCHOOLS

### 2017 – Maryland State Children's Environmental Health And Protection Advisory Council Recommendations Laws For Wired Internet In Schools and Minimizing RF Classrooms:

- The Maryland State Children's Environmental Health and Protection Advisory Council (CEHPAC) issued a Report advising the Department of Education to recommend local school districts reduce classroom wireless radiation exposures by providing wired—rather than wireless—internet connections.
- **"A wired local area network (LAN) can provide a reliable and secure form of networking...without any microwave exposure to our children."**

### 2017 – Montgomery County Maryland Chromebook Policy states that laptops should stay on tables and not on laps.

### Los Angeles, California Public Schools Recommends Cautionary Exposure Levels at 10,000 Less than the FCC

- The LA School District Uses an RF-EMF Exposure Threshold 10,000 Less Than the FCC Limits but not biologically protective because published peer revised science indicates adverse effects at levels even *below these LAUSD limits*.

### Los Angeles, California Public Schools Bans Cell Towers on School Property

- 2009 adopted resolution – LA School board wrote a resolution banning cell towers from schools and recommending against WiFi.
- 2009 Resolution Condemning Cell towers NEAR Schools as was this T-Mobile Cell Tower across the street from an elementary school.
- 2000 LA School Board Resolution Opposing Cell Tower Placement on Schools — Calls for precautions with wireless. 'Whereas, Recent studies suggest there is evidence that radio-frequency radiation may produce "health effects" at "very low field" intensities'.

**From a human health standpoint, the RFR measurements need to include peak readings in addition to the cumulative length of time children are exposed to RF radiation in order to fully understand their exposure. Until these measures are taken, one cannot adequately evaluate the EMF environment.**

**S1864 An Act Relative to utilities, smart meters and ratepayer's rights**
**https://malegislature.gov/Bills/190/S1864**

**This bill states the following:**

The department of public utilities shall direct utility companies to provide ratepayers the following:

(1) a choice of the type of utility meters to be installed and operated on their places of residence, property or business; among the choices offered shall be the installation and ongoing operation of an "electromechanical analog meter"; and

(2) the ability to retain and operate an "electromechanical analog meter" on an ongoing basis at no cost; and

(3) the right to replacement of a wireless meter with a non-transmitting electromechanical meter at no cost.

    1. c) The utility companies shall be required to obtain the ratepayer's written consent:

(1) before installing wireless meters or "equivalent technology" on the ratepayer's property and

(2) before altering the functionality of said meters.

    1. d) The utility companies shall provide written notice to ratepayers within 90 days of the effective date of this act for the purpose of informing said ratepayers if wireless meters have been installed on their properties. Ratepayers shall have the right to request that the utility companies remove said wireless meters and install in their place electromechanical analog meters that emit no radiofrequency electromagnetic radiation. There shall be no cost or other periodic usage charges to the ratepayer for such removal, replacement installation, and use of a non-wireless utility meter. The utility company shall promptly comply with such removal and replacement installation request made by the ratepayer to said company.

    2. e) Utility companies are:

(1) prohibited from shutting off service to a ratepayer based on the ratepayer's utility usage or on the ratepayer having electromechanical analog meters;

(2) prohibited from imposing any disincentive on a ratepayer for not consenting to the installation or use of wireless meters;

(3) required to notify ratepayers in writing that the installation and use of wireless meters are not mandated by state or federal law and are not permitted without the ratepayer's consent;

(4) prohibited from discriminating against ratepayers who may have medical conditions that are exacerbated by exposures to pulsed microwave radio frequencies; and

(5) prohibited from installing "equivalent technology", such as direct wireless connection to devices in the home or business, on poles or in any other manner near the home or business of an individual requesting a non-transmitting meter.

    1. f) The department of public utilities shall establish terms and conditions to comply with the requirements of this section.
    2. g) This section shall take effect upon its passage.

**S 2080 – An Act increasing medical awareness and insurance coverage of non-ionizing radiation injury and reliance upon credible independent medical research.**

https://malegislature.gov/Bills/190/S2080

**"The board shall require that any continuing education necessary for the renewal of a physician's certificate of registration shall include updated, current training and education on the diagnosis, treatment, and care of patients impacted by non-ionizing radiation. This training shall recognize Electrohypersensitivity (EHS) as a functional impairment. Training shall recognize that non-ionizing radiation influences many other biological systems, thus impacting health and disease conditions, and that exposure to man-made non-ionizing radiation should be avoided unless proven medical benefit and patient approval is acquired.**

The board shall require that medical science, practice, education, and treatment be based not only on clinical experience and traditional medical practices, but also on the sum of current knowledge and reasonable interpretations from scientific knowledge."

"Electrohypersensitivity," or "EHS," is an aspect of Idiopathic Environmental Intolerance (IEI) attributed to non-ionizing radiation from devices such as mobile phones or electrical equipment. Persons with electromagnetic sensitivity experience discomfiture, painful sensations, or functional impairment at lower levels of non-ionizing radiation exposure than compared to non-EHS individuals. Symptoms vary in character and magnitude depending on the individual, electromagnetic frequencies, power level, and length of exposure. In the early stages removal of non-ionizing radiation may lead to improvement, but intense or continuous exposure can lead to permanent sensitization and disability. EHS is currently determined by clinical diagnosis, laboratory testing in context, and history. Diagnosis may include an examination of nitric oxide production, mitochondriopathy, oxidative stress-lipid peroxidation, melatonin status, and inflammation. Additional diagnostic tests may include 24-hour ECG, 24-hour HRV, 24-hour blood pressure monitoring, and sleep EEG.

**Research**

They will take under consideration "Reasonable interpretations shall mean recommendations of beneficial health practices, foodstuffs, and nutrients shall be reasonable….."

Clearly credible laboratory and epidemiological scientific studies" shall mean all relevant scientific research that demonstrates sufficient control of subjects, time, and materials to prevent corruption of data or false conclusions. The small size or short length of a study in itself shall not necessarily mean lack of credibility, although small size or short length requires acknowledgement that impacts on larger or more diverse populations or in the long term are lacking. However, conflicts of interest in research funding or other financial interest shall, when existing, need to be negligible to be considered moderately credible and shall be acknowledged as lacking full independence and therefore lacking full credibility."

**Provide Guidance on RE EMR Exposures**

"Non-ionizing radiation reduction guidance," shall include personalized guidance on reducing exposures as well as information on how to conduct measurements to avoid dangerous exposures. Measurement instruction shall include information on finding equipment, consultants, and assessing 60 hertz electrical and magnetic fields, harmonics, transients, and the range of legal frequencies.

**S 2079 An Act reducing non-ionizing radiation exposure in schools.**
https://malegislature.gov/Bills/190/S2079

SECTION 1. Section 1 of chapter 69, as appearing in the Official 2014 Edition, is hereby amended by inserting after the first paragraph the following paragraph:-

The board shall as a matter of policy promote the reduction of non-thermal non-ionizing radiation exposures to students and staff in public schools, encouraging school districts to choose paper and pen over regular use of technology to avoid potential harm. The board shall establish a policy to insure

school districts reduce non-ionizing non-thermal radiation exposures, including harmonics, transients, and fields deriving from close contact with electricity. The board shall increase staff and student education of potential harms of non-thermal non-ionizing radiation. The board shall recommend elimination of wireless communications in all schools. As a matter of policy and to avoid penalizing schools, the board shall consider all public school accountability measures requiring use of technology as "not applicable," refusing to accept or consider such accountability measures in schools which do not use or which significantly reduce use of technology.

A new law signed by California Governor Gavin Newsom allows schools to determine ways to reduce or eliminate the use of cell phones in school.

AB 272 (Muratsuchi 2019), authorizes schools, public and charter, to adopt a policy to prohibit cell phone use when at school or under the supervision of school employees, except under circumstances such as emergencies, permission by teacher, a medical need or for individualized instruction.

**Student Academics and Well Being Improve without Cell Phones**

Cell phones have become ubiquitous both inside and outside of classrooms in America. Studies are confirming that they are distracting and hinder learning.

**The London School of Economics** published a paper, **Technology, Distraction & Student Performance** in 2015. They surveyed 91 schools in four English cities that banned cell phones, and found that student performance in high stakes exams significantly increased after the ban was in place. They noted that the most significant gains in pupil performance were made by the most disadvantaged and underachieving pupils. The study concluded that "schools could significantly reduce the education achievement gap by prohibiting mobile phone use in schools." They underscored the need for strict and wide implementation of the cell phone ban in order to be successful.

**Thornton et al (2014)** in their article, **The Mere Presence of a Cell Phone May be Distracting: Implications for Attention and Task Performance,** clearly supported earlier research showing that even if the phone is off but visible it is a distracting influence. This has implications for both meaningful social interaction as well as school performance.

**Wisconsin and San Mateo, California Cell Phone Bans are a Success**

In 2018, many **Wisconsin School District** banned cell phones with only positive results. San Mateo in 2019 adopted a **cell phone ban** during school hours in order to improve students' academic scores as well as their social well-being. An NBC news reporter interviewed a student about the program. She stated, "At first, I was skeptical. But now, I like it because it makes students socialize more amongst each other, and teachers say students are talking to each other more rather than being zoned out on their phones."

**France Bans Smartphones in Schools to Reduce Distraction**

French lawmakers in 2018 passed **legislation** banning students age 3 to 15 from bringing smartphones and tablets to school. Officials stated this is to reduce EMF exposure, distractions from the phones, help prevent phone addiction, and safeguard the sanctity of the classroom.

**China Bans Cell Phones in Schools to Protect Children's Eye's**

Because of the growing evidence for the risk of eye damage from digital screens and concerns with myopia China has banned cell phones from classrooms. **The Ministry of Education and the National Health Commission in China** has banned the use of cell phones and tablets in classrooms in Shandong province and asked parents and teachers to:

- Not rely on electronic devices for teaching and assignments and use written assignments
- Limit children's use of electronic screens not more than one hour a day and not exceed 15 minutes in a single session
- Keep proper distance from eyes and screes
- Have sufficient backlighting

**Colleges and Law Schools Banning Laptops**

The 2014 Princeton and UCLA study, **The Pen Is Mightier Than the Keyboard: Advantages of Longhand Over Laptop Note Taking,** showed that handwritten note taking improved test performance as well as long term retention of information. "The studies we report here show that laptop use can negatively affect performance on educational assessments, even—or perhaps especially —when the computer is used for its intended function of easier note taking.

**https://legiscan.com/MS/text/HB1110/2019— An Act Concerning Public Schools – Health And Safety Guidelines And Procedures – Digital Devices.** "What a growing body of research does indicate, however, is that excessive computer use by children leads to several concrete negative health effects. These include vision problems, disturbance in sleep patterns, social-emotional disturbance, and addiction to digital devices."

**Screen Schooled: Two Veteran Teachers Expose How Technology Overuse Is Making Our Kids Dumber** In 2017 Joe Clement and Matt Miles, both teachers for decades, released their book, *Screen Schooled.* In it they describe, with engaging details and stories, their experience before and after digital technology was introduced in their schools. They found that instead of enhancing learning, this technology was harming students education and social well-being.

https://mdsafetech.org/2019/09/29/new-california-law-bans-cell-phones-in-classroom

## 6) Legal Obligation of Michigan Legislators to Uphold Their Oath of Office to The Constitution of The United States of America, The Michigan Constitution and The Public Trust Doctrine. Public Office is Public Trust.

### PUBLIC TRUST DOCTRINE

Rooted in Roman law, the public trust doctrine recognizes the **public right to many natural resources** including "**the air,** running water, the sea and its shore."
https://www.watereducation.org/aquapedia/public-trust-doctrine

Public Trust Doctrine refers to a common law doctrine creating the **legal right of the public to use certain lands and right of ways, free from harm**...The Public Trust Doctrine arises from the fact that Trust lands are special in nature physically and legally. Historically, the public use of these lands was crucial for sustenance, travel, and commerce.
https://definitions.uslegal.com/p/public-trust-doctrine/

### Public Office is Public Trust

The concept of the public trust relates back to the origins of democratic government and its seminal idea that within the public lies the true power and future of a society; therefore, *whatever trust the public places in its officials must be respected.* **One of the reasons that bribery is regarded as a notorious evil is that it contributes to a culture of political corruption in which the public trust is eroded. Other issues related to political corruption and betrayal of public trust are lobbying and special interest groups.**

A **public good** is a good that is both non-excludable and non-rivalrous in that **individuals cannot be excluded from use** and where use by one individual does not reduce availability to others.

*Clarke, Alison; Paul Kohler (2005). Property law: commentary and materials. Cambridge University Press. p.207. ISBN978-0521614894.*

**Public goods include** knowledge, official statistics, national security, common language(s), flood control systems, lighthouses, and **street lighting.** *Cowen, Tyler (December 2007). David R. Henderson (ed.). The Concise Encyclopedia of Economics. Public Goods. The Library of Economics and Liberty. Archived from the original on 28 March 2010. Retrieved 19 February 2010.*

A **public space** is a place that is generally open and accessible to people. **Roads** (including the pavement), public squares, parks and beaches **are typically considered public space.**
*Caves, R. W. (2004). Encyclopedia of the City. Routledge. p.549. ISBN9780415252256.*

**Public property** is property that is dedicated to public use and is a subset of state property. *Clarke, Alison; Paul Kohler (2005). Property law: commentary and materials. Cambridge University Press. p.207. ISBN978-0521614894.*

**State ownership** is the ownership of an industry, asset, or enterprise by the state or a **public body representing a community as opposed to an individual or corporation.** Public ownership can take place at the national, regional, local, or municipal levels of government.
*Public Ownership". Oxford Dictionaries. Retrieved January 25, 2018.* Ownership by the government of an asset, corporation, or industry.

**The Public Trust Doctrine provides citizens with assurances that Public Spaces will be maintained for the public good, by the Public Office (Governor, House and Senate) via public trust and accessible to everyone in The State of Michigan for facilitating activities of daily life.**

5G/LEDs/Smart Meters threatens this by placing UNMEASURED sources of EMF on public rights of ways which effect how the human body absorbs oxygen, as EMF has been shown to impede red blood cells ability to carry oxygen inside the body and LEDs have been shown to cause irreversible blindness.

Excerpt from Dr. Gabriel Cousens, M.D. website:
**It is concerning that at least eleven international agreements are violated by 5G. Many international agreements for the protection of humanity are being explicitly violated, including:**

- **The United Nations Convention on the Rights of the Child** states that States shall "undertake to ensure the child such protection and care as is necessary for his or her well-being" (art. 3),"ensure... the survival and development of the child" (art. 6) and "take appropriate measures to combat disease...taking into consideration the dangers and risks of environmental pollution" (art. 24(c)).
- **The Nuremberg Code** (1949) applies to all experiments on humans, thus including the deployment of 5G with new, higher RF/MW radiation exposure that has not been pre-market tested for safety. **"The voluntary consent of the human subject is absolutely essential" (art. 1). It is obvious that the majority of the humans exposed to 5G will be involuntary. "No experiment should be conducted, where there is an a priori reason to believe that death or disabling injury will occur"(art. 5).** The findings of over 10,000 scientific studies and the voices of hundreds of international organizations representing hundreds of thousands of members who have suffered disabling injury and been displaced from their homes by already-

existing wireless telecommunications facilities, are "a priori reasons to believe that death or disabling injury will occur" (see attached Press Release requesting WHO to recognize the already EMF injured globally).

- **The Declaration of the United Nations Conference on the Human Environment** (1972) has also been violated: "The discharge of toxic substances… in such quantities or concentrations as to exceed the capacity of the environment to render them harmless, must be halted in order to ensure that serious or irreversible damage is not inflicted upon ecosystems"(principle 6).
- **The World Charter for Nature** (1982) has also been violated: "Activities which are likely to cause irreversible damage to nature shall be avoided… [W]here potential adverse effects are not fully understood, the activities should not proceed" (art. 11).
- **The Rio Declaration on Environment and Development** (1992) has also been violated: "States have… the responsibility to ensure that activities within their jurisdiction or control do not cause damage to the environment of other States or of areas beyond the limits of national jurisdiction" (principle 2).
- **The United Nations World Summit on Sustainable Development** (2002) has also been violated:"There is an urgent need to… create more effective national and regional policy responses to environmental threats to human health" (para. 54(k)).
- **The African Convention on the Conservation of Nature and Natural Resources** (2017) has also been violated: "The Parties shall… take all appropriate measures to prevent, mitigate and eliminate to the maximum extent possible, detrimental effects on the environment, in particular from radioactive, toxic, and other hazardous substances and wastes" (art.13).
- **The Universal Declaration of Human Rights:**"Everyone has the right to life, liberty and security of person" (art. 3).
- **The United Nations Global Strategy for Women's, Children's and Adolescents' Health** (2016-2030) has as objectives and targets to "transform", by expanding enabling environments; to "survive", by reducing maternal and newborn mortality; and to "thrive" by ensuring health and well-being and reducing pollution-related deaths and illnesses.
- **The Outer Space Treaty** (1967) requires that the use of outer space be conducted "so as to avoid [its] harmful contamination and also adverse changes in the environment of the Earth"(art. IX).
- **The United Nations Guidelines for The Long-Term Sustainability of Outer Space Activities** (2018): "States and international intergovernmental organizations should address… risks to people, property, public health and the environment associated with the launch, in-orbit operation and re-entry of space objects" (guideline 2.2(c)).

The violation of these international agreements, given the knowledge of the seriously detrimental physical, emotional, and mental effects of 5G, is a serious violation. **In the bigger picture, many feel 5G is an effort to dominate and limit consciousness and to ultimately decimate human civilization. It would be very difficult in discussing 5G caused Climate Change not to see this as a purposeful destructive effort, by people who have knowingly chosen to participate in these blatantly destructive efforts, given the knowledge of 5G that we have today.**

- Time is of the essence. Since local, state, federal and international action can take time, especially through a judicial process, we must make haste given the urgency and imminent threat of 5G. Therefore, the most powerful thing we can do is write protective legislature.

Dr. Gabriel Cousens, MD
http://treeoflifecenterus.com/5g-a-toxic-assault-on-the-planetary-web-of-life/

**The Citizens of Michigan are respectfully asking Legislators to do their job and stop 5G until further studies have MEASURED EMF LEVELS and proven the safety of adding even more EMF to what is currently not being measured in public spaces, rights-of-ways, school, offices, POLICE STATIONS, commercial centers, stadiums, parks, homes, and more.**

**This Technology IS NOT INSURABLE DUE TO THE LARGE RISKS.** That fact alone, leaves the door wide open for litigation of all types, which is beginning to happen and will only increase.

It seems prudent to pause 5G until WE INDEPENDENTLY MEASURE THE CURRENT EMF LEVELS AND DETERMINE IF CURRENT EXPOSURE IS SAFE OR NOT. Worldwide, people are waking up to the fact that EMF is the largest medical experiment on humanity, taking place without our knowledge or informed consent, to the detriment of privacy, our health, our finances and our future.

**We are respectfully asking and expecting Michigan Legislators to uphold their Oath of Office.**

**The Preamble to The Constitution of America states:** We the People of the United States, in order to form a more perfect Union, establish justice, insure domestic tranquility, provide for the common defense, **promote the general welfare, and secure the blessings of liberty to ourselves and our posterity**, do ordain and establish this Constitution for the United States of America.

5G in addition to the current UNMEASURED EMF exposure completely destroys the option for health and well being. 5G eradicates privacy, health and liberty for us all, and our future.

The Constitution of The State of Michigan: **PUBLIC OFFICE IS PUBLIC TRUST**

**Article 1, § 2 Equal protection; discrimination.**
**No person shall be denied the equal protection of the laws;** *nor shall any person be denied the enjoyment of his civil or political rights or be discriminated against in the exercise thereof because of religion, race, color or national origin.* **The legislature shall implement this section by appropriate legislation.**

**Article 4, § 51 Public health and general welfare.**
**The public health and general welfare of the people of the state are hereby declared to be matters of primary public concern.** *The legislature shall pass suitable laws for the protection and promotion of the public health.*

Thank you for quickly stopping 5G and working to measure EMF exposures in PUBLIC SPACES. The health of our future depends on the ability of Legislators to uphold their oath of office and fulfill their job duty by protecting public health and general welfare with appropriate legislation.

**"The 5G rollout is absolutely insane." ~ Dr. Martin Pall, addressing the NIH**

**"Allowing this technology to be used without proving its safety is reckless in the extreme, as the millimeter waves are known to have a profound effect on all parts of the human body."**
**~ Prof. Trevor Marshall, Director,** *Autoimmunity Research Foundation*, **California**

**"The plans to beam highly penetrative 5G milliwave radiation at us from space must surely be one of the greatest follies ever conceived of by mankind. There will be nowhere safe to live."**
**~ Olga Sheean, former WHO employee and author of No Safe Place**

**Please take the time to visit the websites below for scientific facts and studies from independent, respected sources.** See the links also for court cases upholding citizens Constitutional, Civil, Legal and Human rights, despite telcoms fraudulent lobbying efforts.

## Websites for More Information

www.takebackyourpower.net/5g-network-uses-same-emf-waves-as-pentagon-crowd-control-system/
www.takebackyourpower.net/watch-take-back-your-power-2017/
Physicians for Safe Technology: www.mdsafetech.org
Environmental Health Trust: www.ehtrust.org
Wireless Injury Advocacy Group: www.wearetheevidence.org
Advocacy Group for Kids Health: www.childrenshealthdefense.org
Smart Meter Safety Group: www.michiganstopsmartmeters.com
Facebook group with good info: www.MichiganSafeTechnology.com
Dr. Martin Pall: www.principia-scientific.org/top-scientist-5g-is-criminally-insane-will-fry-living-things/
www.smartmetereducationnetwork.com

## Internet videos with *really* good information

5G Genocide~ Dr.Barrie Trower: www.bitchute.com/video/ge4X7H9eHGQY/
Dr. Sharon Goldberg (Testified to the Michigan House of Representatives in 2018):
www.collective-evolution.com/2018/10/26/veteran-md-drops-bombshell-at-michigans-5g-small-cell-tower-legislation-hearing/
www.citizensfor5gawareness.org/dr-sharon-goldberg/
www.corbettreport.com/5g/
Seeking the Truth, Knowledge is Power: www.bitchute.com/video/IjYwrahbc24/