Case 2:20-cv-11431-AJT-RSW   ECF No. 1-3, PageID.31   Filed 06/02/20   Page 1 of 1

Exhibit #3



# Theocentric Healing

*Jana Rae Green, Naturopath, DCh*

- 4328 S. Beech Ave. * Broken Arrow, Okla. * 74011
- Mailing : P.O. Box 924 * Broken Arrow, Okla. * 74013

- Phone (918) 451-1188
- Fax    (918)-455-0185

8-10-19

Dear Sir or Madam,

I have been acquainted with JENNIFER MERGOS for over 20 years. This letter is to verify that she DOES display signs and symptoms consistent with Electromagnetic Sensitivity (EMS), otherwise known as Microwave Sickness.

Her specific sensitivities and symptoms include: Generalized pain increasing with proximity to source of radiation, headache focused in the left sub occipital region proximal to the area she had a Lipoma Tumor removed in 2008, migraines, tinnitus, nose bleeds, elevated body temperature, and overall feeling of malaise when exposed to sources of Electromagnetic Radiation.

Please take this disability into consideration as it is a real condition that has been scientifically documented for decades. With the increased use of the wireless technology and cellular towers all people within its signal umbrella are affected, some more than others. It is helpful to measure and document the strength of the Electromagnetic Frequency and make sure her exposure is well within acceptable safety guidelines.

Sincerely,

*Jana Rae Green*

Jana Rae Green, ND, DCh