# United States District Court
## Western District of Michigan (Southern Division (1))
### CIVIL DOCKET FOR CASE #: 1:20−cv−00324−JTN−PJG

Mergos v. Space Exploration Technologies Corporation  
Assigned to: Judge Janet T. Neff  
Referred to: Magistrate Judge Phillip J. Green  
Cause: 28:1332 Diversity−Personal Injury−Product Liability  

Date Filed: 04/15/2020  
Jury Demand: None  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**plaintiff**

**Jennifer Mergos**     represented by   **Jennifer Mergos**  
153 W. Willow  
Perry, MI 48872  
(517) 512−8439  
PRO SE

V.

**defendant**

**Space Exploration Technologies Corporation**  
*SpaceX*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2020 | Ï 1 | COMPLAINT against Space Exploration Technologies Corporation filed by Jennifer Mergos (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Summons) (clw) (Entered: 04/17/2020) |
| 04/15/2020 | Ï 2 | APPLICATION TO PROCEED without prepayment of fees and affidavit (clw) (Entered: 04/17/2020) |
| 04/17/2020 | Ï 3 | ORDER REFERRING CASE to Magistrate Judge Phillip J. Green; signed by Judge Janet T. Neff (Judge Janet T. Neff, rmw) (Entered: 04/17/2020) |
| 04/17/2020 | Ï 4 | ORDER granting plaintiff leave to proceed in forma pauperis; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 04/17/2020) |
| 04/20/2020 | Ï | Copy of Order to Proceed In Forma Pauperis 4 , Order Referring Case to Magistrate Judge 3 sent via U.S. Mail to Jennifer Mergos (jlb) (Entered: 04/20/2020) |
| 04/24/2020 | Ï 5 | DECLARATION *of non−consent* by plaintiff Jennifer Mergos (clw) (Entered: 04/27/2020) |
| 04/24/2020 | Ï 6 | PROOF OF SERVICE by plaintiff Jennifer Mergos re Declaration 5 (clw) (Entered: 04/27/2020) |
| 06/01/2020 | Ï 7 | ORDER TRANSFERRING CASE to the Eastern District of Michigan; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 06/01/2020) |
| 06/01/2020 | Ï | Copy of Order Transferring Case to the Eastern District of Michigan 7 sent via U.S. Mail to Jennifer Mergos (clw) (Entered: 06/01/2020) |